**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA 95831
Phone: (916) 395-4422
Fax: (916) 395-4423
Email: greglaw@jps.net

Attorney for Dean Christiansen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>DEAN LYNN CHRISTIANSEN,<br><br>               Defendant(s). | Case No.: 2:13-CR-00018-MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME**<br>DATE: May 16, 2013<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison England |

## STIPULATION

Plaintiff, United States of America, through Assistant U.S. Attorney Kyle Reardon; and defendant Dean Christiansen, through counsel Gregory W. Foster, hereby stipulate and agree as follows:

1. A status conference is currently set for May 16, 2013 at 9:00 a.m.

2. By this stipulation, the above-named defendant now moves to continue the status conference to June 27, 2013 at 9:00 a.m., and to exclude time between May 16, 2013 and June 27, 2013 under Local Code T4. Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

1

Stipulation and Order Continuing Status
*U.S. v. Christiansen*

a. The government has provided defense counsel with the discovery associated with this case. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, and/or will be made available.

b. Counsel for defendant has been reviewing these materials, discussing them with his client, and assessing potential trial and sentencing issues.

c. Additionally, the government has recently provided a proposed plea agreement to defense counsel, which defense counsel have been discussing with the defendant.

d. Defense counsel needs additional time, taking into account the exercise of due diligence, to review the materials described above and to discuss them with the defendant, and otherwise effectively prepare for the disposition of this case. Based on the Court's available calendars and the availability of defense counsel, the parties ask that the Court set this matter for a status conference on June 27, 2013, and that it find excludable time from May 16, 2013 to June 27, 2013 through and including the May 16, 2013 status conference.

e. Based on the above-stated findings, the ends of justice served by continuing the case and excluding time as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from March 14, 2013 to May 16, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B(iv) [Local Code T4] because it results from a continuance by the Court at the defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

2

Stipulation and Order Continuing Status
*U.S. v. Christiansen*

5. Finally, Gregory W. Foster has been authorized by all counsel to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

DATED: May 14, 2013         BENJAMIN B. WAGNER
                            United States Attorney

                             /s/ Kyle Reardon
                            KYLE REARDON
                            Assistant United States Attorney
                            Attorney for Plaintiff United States

DATED: May 14, 2013

                             /s/ Gregory W. Foster
                            GREGORY W. FOSTER
                            Attorney for Defendant Dean Christiansen

### ORDER

In accordance with the foregoing stipulation, IT IS SO ORDERED. The status conference in this matter is hereby continued from May 16, 2013 to June 27, 2013 at 9:00 a.m. in Courtroom No. 7.

DATED: May 16, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT